UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MARK GRECO, | : | |
| Plaintiff, | : | Civil Action No. 09-967 (FLW) |
| v. | : | |
| T-MOBILE, USA, | : | **AMENDED PRETRIAL SCHEDULING ORDER** |
| Defendant. | : | |

**THIS MATTER** having come before the Court on **June 23, 2009**, for a settlement and status conference; Brian Cige, Esq., of the Law Offices of Brian M. Cige, appearing on behalf of Plaintiff, and Lawrence Sandak, Esq., and Mark Saloman, Esq., of Proskauer & Rose, LLP, appearing on behalf of Defendant T-Mobile, USA; and for good cause shown,

**IT IS** on this **24th** day of **June, 2009**,

**ORDERED** that fact discovery is to remain open through **September 17, 2009.** No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown; and it is further

**ORDERED** that in light of Plaintiff's advice that he does not intend to rely on an expert report, but will rely solely upon the testimony and records of treating physicians, Defendant shall serve any responsive expert reports by no later than **October 19, 2009**; and it is further

**ORDERED** that the parties will complete all expert discovery by **November 16, 2009**; and it is further

**ORDERED** that dispositive motions may be filed by no later than **November 27, 2009**, and made returnable by **December 21, 2009**; and it is further

**ORDERED** that counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of an application to the Court. Any such dispute shall be brought to the Court's attention by letter, no more than five (5) pages in total, setting forth the nature of the dispute and any efforts to resolve it. Any response shall be

similarly limited to five (5) pages in total and shall be submitted within forty-eight (48) hours of the initial letter.  No discovery motion will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1); *see also* L. Civ. R. 16.1(f); and it is further


     **ORDERED** that a telephone status conference will be held before the undersigned on **September 16, 2009 at 11:30 a.m.,** at which time the parties will report on the status of discovery.  Plaintiff is to initiate the call.


       s/ Lois H. Goodman        
      **LOIS H. GOODMAN**
      **United States Magistrate Judge**